**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 CR 1072-1 |
| | ) | Judge Joan B. Gottschall |
| | ) | |
| JOSE LUIS GARCIA. | ) | |
| Defendant. | ) | |

### DEFENDANT JOSE LUIS GARCIA'S MOTION FOR AN ORDER TO TRANSFER HIM TO THE METROPOLITAN CORRECTIONAL CENTER

Defendant, JOSE LUIS GARCIA, by and through his attorney, PAUL M. BRAYMAN, moves this Court to enter an order directing the United States Marshal to transfer Mr. Garcia to the Metropolitan Correctional Center.

In support of this motion, Defendant, through counsel, submits the following:

1. Mr. Garcia is currently being detained at the Kankakee County Jail.

2. For a number of months Mr. Garcia has been experiencing serious pain relating to one of his molars.

3. The Defendant previously on May 1, 2008 presented a motion before this Court to address this problem. When this matter was before the court on that day, Kenny Robinson with the United States Marshals appeared before this Court and assured this Court that an appointment had been set up for Mr. Garcia to see a dentist within the next two weeks, and that he would receive a root canal on the tooth that was causing the serious pain.

4. It is now over five weeks later and Mr. Garcia still has not seen a dentist, and the pain he has experienced has not subsided.

5.   Calls to Mr. Robinson by counsel for the Defendant have not been returned.

WHEREFORE, the Defendant asks that this Court enter an order directing the U.S. Marshals to transfer him back to the Metropolitan Correctional Center so that he can receive proper care since it is obvious that the medical care at the Kankakee County Jail is substandard.

Respectfully submitted,

s/ Paul Brayman
**PAUL M. BRAYMAN**, Attorney for
Defendant, Jose Luis Garcia

**PAUL M. BRAYMAN**
727 S. Dearborn Street, Suite 712
Chicago, Illinois 60605
(312) 427-9766